IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Weigand-Camardo, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, a plan fiduciary,<br><br>Defendant. | No. CV-16-01832-PHX-SRB<br><br>**ORDER** |

    Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

    Dated this 21st day of November, 2016.

_____
Susan R. Bolton
United States District Judge